AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Troy Spackman<br>DOB: ▓▓▓▓<br><br>*Defendant(s)* | Case: 1:23-mj-00270<br>Assigned To : Harvey, G. Michael<br>Assign. Date : 10/12/2023<br>Description: Complaint W/ Arrest Warrant |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ___January 6, 2021___ in the county of _____ in the
_____ in the District of ___Columbia___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assaulting a Federal Officer During Civil Disorder, |
| 18 U.S.C. § 231(a)(3) | Obstruction of Law Enforcement During Civil Disorder, |
| 18 U.S.C. § 1752(a)(1) | Entering and Remaining in a Restricted Building or Grounds, |
| 18 U.S.C. § 1752(a)(2) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds, |
| 18 U.S.C. § 1752(a)(4) | Engaging in Physical Violence in a Restricted Building or Grounds, |
| 40 U.S.C. § 5104(e)(2)(F) | Violent Conduct in a Capitol Building. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
*Complainant's signature*

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __10/12/2023__

_____
*Judge's signature*

City and state: ___Washington, D.C.___   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*