

**From:** Danny Guzman
**Sent:** Wednesday, November 20, 2024 10:14:36 AM
**To:** Haberman, Susana (SA) (FBI)
**Subject:** [EXTERNAL EMAIL] - Re: FBI Contact Information

Good morning,

Here is my statement for the court regarding Dustin Williams character. I apologize if it's long, I tried to be as brief as possible.

Your honor,

I met Dustin Williams around Aug 2021, and one of our first conversations ended with him threatening "to break my jaw infront of the kids, I don't care if they see." What followed, while rare due to limited interactions, was several more threats of violence whenever he did not get his way as I would step in when things got heated with his ex-wife. I started to consult with my sons stepfather, an Austin Police officer about how to handle it. He advised me to notify law enforcement and let them do thier job. I notified the Brady police department approximately Nov 2021 when we got into an argument about his dogs being left with his separated wife that ended in threats of violence against me. I again notified his pretrial officer in Aug 2023 when he made more threats. And finally in March of 2024 I contacted the McCullough County sheriff office to request a deputy make contact with him and issue a verbal criminal trespass warning to try and keep distance between him and my family following an argument about his sons birthday.
  I met his ex-wife two months after he left her. His mother and another female firefighter discussed how Sara and I would make a good couple and arranged for us to meet. I learned he had left her the day after thier sons 7th birthday. She woke up to a letter by the coffee pot, described by some who have read it as cold and cruel, stating that he was divorcing her. That he had been having affairs on her for years and never loved her. His own words to me in a conversation were when Popnoe first had his stroke, he sat down and told him when he passed he would leave her. 2 years later he was true to his word. Upon leaving his wife and kid, he took all the money and moved to South Carolina to a woman he met from Facebook from his Jan 6 video. He left Sara and thier son in Brady, with no family, unemployed, with a jeep that barley ran and died soon after. When the $10000 from Popnoe life insurance came in, Dustin took it. When Saras retirement account was cashed out to thier joint account, he took it too. She had to call and ask for a little of it to provide for thier son. She was left in a house that was aged, no lock on the back door, with holes in the wall she showed me from Dustin punching the wall while yelling at her. Her jeep was a victim as well, having a dent in the rear fender from Dustin's anger.
 I learned from members of the church I started attending with Sara that popnoes bathroom was remodeled during thier annual mission where people volunteer to help those in need and work on homes. Dustin's project was never completed. But Dustin was given Popnoe house and in approximately March of 2023 he sold it to make a $50,000 profit, which wasn't shared with his wife who helped him care for popnoe, or his son to provide for. To the best of our knowledge he didn't even provide Popnoe with a headstone.
In Dustin's letter to his wife, he gave her a lot and half of his business (which sara refused due to it being run under the table)But once she filed for divorce he lawyered up with a friend from high school who was an attorney. At that point,

1

my father, an attorney as well, talked to Sara and since her teachers aide job only paid 19k a year, he represented her for free. In the divorce Dustin agreed to pay $1000 dollars a month, and currently owes $33000 and has never been denied time or access to his son by his ex-wife.  I appreciate the courts time and hope I was able to provide the court with more information about his character. If anyone needs to reach me please feel free to do so. I have left my contact info with the court.

Thank you,
Daniel Guzman
Yahoo Mail: Search, Organize, Conquer