UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**TROY SPACKMAN,**<br><br>    Defendant. | Case No. 24-CR-315 (CRC) |

**UNITED STATES' MOTION TO DISMISS INDICTMENT WITH PREJUDICE PURSUANT TO FEDERAL RULE CRIMINAL PROCEDURE 48(a)**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion.

Pursuant to Federal Rule of Criminal Procedure 48(a), the government hereby moves to dismiss the Indictment against the defendant with prejudice. The government cites to the Executive Order dated January 20, 2025, Granting Pardons and Commutation of Sentences for Certain Offenses Relating to the Events at Or Near the United States Capitol on January 6, 2021, as the reason for this dismissal.

Dated:  January 21, 2025                                Respectfully submitted,

                                                                        EDWARD R. MARTIN, JR.
                                                                        United States Attorney
                                                                        D.C. Bar No. 481866

                                          By:        /s/ Jennifer Blackwell
                                                                        JENNIFER LEIGH BLACKWELL
                                                                        Assistant United States Attorney
                                                                        D.C. Bar No. 481097
                                                                        601 D Street, NW
                                                                        Washington, D.C. 20530
                                                                        Jennifer.blackwell3@usdoj.gov
                                                                        (202) 252-7068