# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 24-CR-315 (CRC) |
| : | |
| **TROY SPACKMAN,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Pursuant to the motion filed by the United States, ECF 31, it is hereby ordered that the Motion to Dismiss the Indictment pursuant to Rule 48(a) with prejudice is GRANTED.

**SO ORDERED** this 21st day of January, 2025.

_____
HONORABLE CHRISTOPHER R. COOPER
United States District Court Judge